UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carl Everette Carter**                                **Docket No. 4:12-CR-14-1BO**

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Everette Carter, who, upon an earlier plea of guilty to Distribution of 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 18, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Carl Everette Carter was released from custody on June 9, 2015, at which time the term of supervised release commenced.

On February 5, 2016, a Motion for Revocation on Offender Under Supervised Release/Warrant Request was approved by the court after the defendant was charged with criminal conduct.

On March 22, 2016, the court continued Carter on supervised release after entering a finding that the defendant did not violate the terms and conditions of the judgment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 4, 2017, the defendant submitted to urinalysis that returned positive for marijuana. When confronted with the violation, the defendant signed an Admission of Drug Use form indicating he last used marijuana on or about October 3, 2017. The defendant was reprimanded for his drug use.

As a result of the positive drug test, the probation officer respectfully recommends the conditions of supervised release be amended to include the drug aftercare condition. The defendant will be referred for substance abuse treatment and monitored for compliance. Urine collection will also be increased for this defendant via enrollment in the Surprise Urinalysis Program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Carl Everette Carter
Docket No. 4:12-CR-14-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: December 18, 2017 |

## ORDER OF THE COURT

Considered and ordered this __18__ day of __December__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge