UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Carl Everette Carter            Docket No. 4:12-CR-14-1BO

### Petition for Action on Supervised Release

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl Everette Carter, who, upon an earlier plea of guilty to Distribution of 28 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 18, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Carl Everette Carter was released from custody on June 9, 2015, at which time the term of supervised release commenced.

On March 28, 2016, the court continued Carter on supervised release after entering a finding that the defendant did not violate the terms and conditions of the judgment.

On December 18, 2017, the court approved a Petition for Action on Supervised Release adding the drug aftercare condition to the terms of supervised release after the defendant submitted a positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 8, 2018, the defendant submitted to urinalysis that returned positive for marijuana from the lab. When confronted with the violation, the defendant admitted to using marijuana. Since that time, the defendant obtained a substance abuse assessment that recommended group substance abuse counseling.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include 24 hours of community service. The community service hours should serve as a deterrence to future drug use. Additionally, the substance abuse counseling will address Carter's ongoing drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Carl Everette Carter
Docket No. 4:12-CR-14-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: April 26, 2018

## ORDER OF THE COURT

Considered and ordered this 26 day of April, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge